## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 696 MAL 2018

            Respondent        :

                             :    Petition for Allowance of Appeal from

                             :    the Order of the Superior Court

            v.                      :

                             :

ERIC WILLIAM SHAY,             :

                             :

            Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.